UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. |
| | : | 4:24-CV-00145-CDL |
| NATALIE NJOTU, | : | |
| | : | |
| Defendant. | : | |
| | : | |

**CONSENT JUDGMENT**

Plaintiff, the United States of America, by and through its attorneys, Shanelle Booker, Acting United States Attorney, and Michael P. Morrill, Assistant U.S. Attorney, and Natalie Njotu, Defendant, hereby consent as follows:

Defendant is indebted to the United States by reason of past due medical expenses due to a naval hospital. Plaintiff and Defendant have agreed to settle the matter with the entry of this Consent Judgment in favor of the Plaintiff and against Defendant in the amount of **$5,445.25** as of August 8, 2024, plus interest at the rate of 1% thereafter until the date of the judgment and interest at the legal rate from the date of the judgment until paid in full plus a filing fee of $405.00.

Defendant was served with the Complaint filed in this matter by the U.S. Marshals Service on December 4, 2024. Defendant evidences her consent by signing hereunder and joins the Plaintiff in moving the Court to grant this Consent Judgment.

Therefore, pursuant to the consent by the parties and good cause appearing therefore:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the judgment in the amount of $5,445.25 as of August 8, 2024, plus interest at the rate of 1% thereafter until the date of the judgment and interest at the legal rate from the date of the judgment until paid in full plus a filing fee of $405.00 is hereby entered against Defendant.

DATED:  January 28, 2025

                    SHANELLE BOOKER
                    ACTING UNITED STATES ATTORNEY

By: *[signature]*

Michael Patrick Morrill
Assistant U.S. Attorney
State Bar No. 545410
Post Office Box 1702
Macon, Georgia 31202-1702
(478) 621-2700

DATED:  1/28/2025

I, Natalie Njotu, hereby agree and consent that the United States may take a Consent Judgment against me in the amount of $5,850.25.

*[signature]*
Natalie Njotu, Defendant

IT IS SO ORDERED:

DATED: 1/28/2025

                    S/Clay D. Land
                    CLAY D. LAND
                    U.S. DISTRICT COURT JUDGE
                    MIDDLE DISTRICT OF GEORGIA